# EXHIBIT B

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
────────────────────────────────────────x
                                     Index No. 153098/2022

**KHAN FUNDS MANAGEMENT**
**AMERICAN, INC. and XUEFENG DAI**

                        **Plaintiff,**

-against-                           **NOTICE OF APPEARANCE**

**NATIONS TECHNOLOGIES INC.,**
**NATIONS TECHNOLOGIES (USA) INC.,**
**YINGTONG SUN, ZHAOXUE LUO,**
**BAOXIN HUANG, JUNJIE YU, and DOES 1-20,**

                         **Defendant.**
────────────────────────────────────────x

Sir / Madam:

    PLEASE TAKE NOTICE that Wei Gu, Esq. hereby appears for the Plaintiffs in the above-entitled action.

                                      Law Offices of Wei Gu, Esq., P.C. by **WEI GU**, Esq.

                                      55 Amherst Road

                                      Albertson, New York 11507

                                      Phone No. (718) 600-6886

                                      ___/s/ Wei Gu_____
                                         Wei Gu

                                      _____5/20/2022_____
                                         Date