# EXHIBIT E

# AFFIDAVIT OF SERVICE

## SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY

**KHAN FUNDS MANAGEMENT, et al. vs NATIONS TECHNOLOGIES INC., et al.**   Case Number: **153098/2022**

I **ESSA ABABSEH**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Documents Served: **NOTICE OF ELECTRONIC FILING; SUMMONS; VERIFIED COMPLAINT; VERIFICATION**

**Party Served:** JUNJIE YU

Served at Place of Business: **3509 LANGDON COMMON, FREMONT, CA 94538**

Date Served: **5/5/2022**   Time of Service: **7:58 PM**

By leaving with **John Doe - Person in Charge, Suitable Age Person**

Description of person served:

| | | | |
|---|---|---|---|
| Age: 55-60 | Weight: 200 | Hair: Balding | Sex: Male |
| Height: 5'10" | Eyes: Brown | Skin: Asian | Other: Refused to accept in hand |

### Additional Service Information

At the time of service recipient refused to identify himself verbally and did not deny being selected recipient. It is my belief that recipient was in fact the designated person listed herein and did not confirm or deny named defendants presence.

The recipient was visually identified by comparing photographs provided by plaintiff.

### Manner of Service:

☐ **PERSONAL SERVICE:** By personally delivering copies to the person being served.

☐ **SUBSTITUTED SERVICE AT RESIDENCE:** By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

☑ **SUBSTITUTED SERVICE AT BUSINESS:** By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☑ **MAILING:** I also placed a copy of the documents in the mail on 5/6/2022 from Pacifica, CA postage prepaid properly addressed to defendant in an envelope marked "personal and confidential" that did not indicate that the communication was from an attorney or concerned this lawsuit.

### MILITARY SERVICE

Deponent asked the person spoken to whether Defendant was in the active military service of the United States in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothing and no military uniform. The source of Deponent's information and the grounds of Deponent's belief are the conversations and observations above narrated.

County: SAN MATEO
Registration No.: 541
Golden State Legal, Inc.
533 Airport Blvd., Suite 400
Burlingame, CA 94010
(650) 517-6200

SIGNATURE OF PROCESS SERVER

DATE: 5/19/22

SEE ATTACHED FOR NOTARY AND CERTIFICATE OF CONFORMITY

Order#: 6308

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __SAN MATEO__

Subscribed and sworn to (or affirmed) before me on this __19th__ day of __MAY__, 20__22__, by __ESSA ABABSEH__,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

V. ABABSEH
Notary Public - California
San Mateo County
Commission # 2291190
My Comm. Expires Jun 29, 2023

Signature_____

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

CERTIFICATE OF CONFORMITY

| Firm: | Kenneth S. Feraru, P.C. | Index Number: | 153098 / 2022 |
|---|---|---|---|
| Attorney: | Kenneth Feraru, Esq | | |
| Address | 1225 Franklin Ave., Suite 325 Garden City, NY 11530 | | |
| Phone: | (516) 535-3333 | Date Filed: | April 7, 2022 |
| Email: | kferaruesq@aol.com | | |

| Plaintiff | KHAN FUNDS MANAGEMENT AMERICA, INC. and XUEFENG DAI, |
|---|---|
| | vs |
| Defendant | NATIONS TECHNOLOGIES INC., NATIONS TECHNOLOGIES (USA) INC., YINGTONG SUN, ZHAOXUE LUO, BAOXIN HUANG, JUNJIE YU and DOES 1-20 |

## CERTIFICATE OF CONFORMITY

I, Ilene M. Hochstein, an attorney duly licensed to practice law in the State of California, am fully acquainted with the laws of the State of New York pertaining to the acknowledgment of affidavits in that state, certify that I am duly qualified to make certificates of conformity as an attorney in the State of California and hereby certify that upon information and belief the acknowledgment or proof upon the foregoing document taken by V. Ababseh, a Notary public in the State of California, was taken in the manner prescribed by the laws of the State of New York, and, based upon my review, duly conforms to the laws thereof in all aspects.

6/19/2022
Date

Ilene M Hochstein, Attorney at Law

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of   SAN MATEO

Subscribed and sworn to (or affirmed) before me on this   19th   day of   MAY   , 20 22 , by   Ilene M. Hochstein
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)      Signature

V. ABABSEH
Notary Public - California
San Mateo County
Commission # 2291190
My Comm. Expires Jun 29, 2023