# EXHIBIT J

# AFFIDAVIT OF SERVICE

### SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY

**KHAN FUNDS MANAGEMENT, et al. vs NATIONS TECHNOLOGIES INC., et al.**   Case Number: **153098/2022**

I **GARY GENEST**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Documents Served: **NOTICE OF ELECTRONIC FILING; SUMMONS; VERIFIED COMPLAINT; VERIFICATION**

Party Served: **Nations Technologies (USA) Inc. c/o Xin Shao Agent for Serivce of Process**

Served at Registered Agents Place of Business: Law Offices of Michelle Shao 2570 N. First Street, Suite 200, San Jose, CA 95131

Date Served: **5/17/2022**   Time of Service: **11:25 AM**

By leaving with: **Faye Key - Reception Manager**

Description of person served:

| Age: 60 | Weight: 120 | Hair: Brown | Sex: Female |
| Height: 5'3" | Eyes: Brown | Skin: Hispanic | |

**Additional Service Information**
Shared Office Space

**Manner of Service:**

☐ **PERSONAL SERVICE:** By personally delivering copies to the person being served.

☐ **SUBSTITUTED SERVICE AT RESIDENCE:** By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

☑ **SUBSTITUTED SERVICE AT BUSINESS:** By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☑ **MAILING:** I also placed a copy of the documents in the mail - **A PROOF OF SERVICE BY MAIL IS ATTACHED**

---

*MILITARY SERVICE*

Deponent asked the person spoken to whether Defendant was in the active military service of the United States in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothing and no military uniform. The source of Deponent's information and the grounds of Deponent's belief are the conversations and observations above narrated.

---



County: SANTA CLARA
Registration No.: PS1560
Golden State Legal, Inc.
533 Airport Blvd., Suite 400
Burlingame, CA 94010
(650) 517-6200

SIGNATURE OF PROCESS SERVER    5-19-22   DATE

SEE ATTACHED JURAT AND CERTIFICATE OF CONFORMITY

Order#: 6306 B

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SANTA CLARA

Subscribed and sworn to (or affirmed) before me on this 19th day of MAY, 20 22, by GARY GENEST _____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

V. ABABSEH
Notary Public - California
San Mateo County
Commission # 2291190
My Comm. Expires Jun 29, 2023

Signature _____

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

CERTIFICATE OF CONFORMITY

| | | | |
|---|---|---|---|
| Firm: | Kenneth S. Feraru, P.C. | Index Number: | 153098 / 2022 |
| Attorney: | Kenneth Feraru, Esq | | |
| Address | 1225 Franklin Ave., Suite 325, Garden City, NY 11530 | | |
| Phone: | (516) 535-3333 | Date Filed: | April 7, 2022 |
| Email: | kferaruesq@aol.com | | |

| | |
|---|---|
| Plaintiff | KHAN FUNDS MANAGEMENT AMERICA, INC. and XUEFENG DAI, |
| | vs |
| Defendant | NATIONS TECHNOLOGIES INC., NATIONS TECHNOLOGIES (USA) INC., YINGTONG SUN, ZHAOXUE LUO, BAOXIN HUANG, JUNJIE YU and DOES 1-20 |

## CERTIFICATE OF CONFORMITY

I, Ilene M. Hochstein, an attorney duly licensed to practice law in the State of California, am fully acquainted with the laws of the State of New York pertaining to the acknowledgment of affidavits in that state, certify that I am duly qualified to make certificates of conformity as an attorney in the State of California and hereby certify that upon information and belief the acknowledgment or proof upon the foregoing document taken by V. Ababseh, a Notary public in the State of California, was taken in the manner prescribed by the laws of the State of New York, and, based upon my review, duly conforms to the laws thereof in all aspects.

5/19/2022
Date

Ilene M Hochstein, Attorney at Law

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __SAN MATEO__

Subscribed and sworn to (or affirmed) before me on this __19th__ day of __MAY__, 20__22__, by __Ilene M. Hochstein__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)        Signature



V. ABABSEH
Notary Public - California
San Mateo County
Commission # 2291190
My Comm. Expires Jun 29, 2023

| Attorney or Party without Attorney:<br>Kenneth S. Feraru, Esq<br>Kenneth S. Feraru, P.C.<br>1225 Franklin Ave., Suite 325<br>Garden City, NY 11530<br>TELEPHONE No.: 516-535-3333<br>E-MAIL ADDRESS (Optional): kferaruesq@aol.com<br>FAX No. (Optional):<br>Attorney for: | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
SUPREME COURT OF THE STATE OF NEW YORK - COUNTY OF NEW YORK

Plaintiff: KHAN FUNDS MANAGEMENT, et al.
Defendant: NATIONS TECHNOLOGIES, INC.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>153098/2022 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the NOTICE OF ELECTRONIC FILING; SUMMONS; VERIFIED COMPLAINT; VERIFICATION;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Pacifica, California, addressed as follows:

   a. Date of Mailing: May 19, 2022
   b. Place of Mailing: Pacifica, CA
   c. Addressed as follows:
   Nations Technologies (USA), Inc..
   **ATTENTION: XIN SHAO - AGENT FOR SERVICE**
   2570 N. First Street, Suite 200
   San Jose, CA 95131

I, **Essa Ababseh,** am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, with postage thereon fully prepaid in an envelope marked "Personal and Confidential" that did not indicate that the communication was from an attorney or concerned this lawsuit, from Pacifica, California.

County: SAN MATEO
Registration No.: 541
Golden State Legal, Inc.
533 Airport Blvd., Suite 400
Burlingame, CA 94010
(650) 517-6200

SIGNATURE OF PROCESS SERVER

DATE: 5/19/22

**PROOF OF SERVICE BY MAIL**

Order#: 6306 B/mailproof

4 of 4