# EXHIBIT O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KHAN FUNDS MANAGEMENT AMERICA, INC. and XUEFENG DAI,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONS TECHNOLOGIES INC., NATIONS TECHNOLOGIES (USA) INC., YINGTONG SUN, ZHAOXUE LUO, BAOXIN HUANG, JUNJIE YU, and DOES 1-20,<br><br>　　　　Defendants. | Case No.<br><br>**CONSENT TO NOTICE OF REMOVAL** |

---

Defendants Yingtong Sun ("Mr. Sun") and Baoxin Huang ("Mr. Huang"), by and through their attorneys, without waiving any of their respective rights or defenses, acknowledge their consent to removal of this action, by Defendant Nations Technologies (USA) Inc., from New York County Supreme Court of the State of New York to the United States District Court for the Southern District of New York.

Dated: June 15, 2022
　　　　Los Angeles, California

Respectfully Submitted,

By: /s/ Jason L. Liang
　　Jason L. Liang, Esq.
　　John K. Ly, Esq.
　　LIANG LY LLP
　　601 South Figueroa Street, Suite 1950
　　Los Angeles, CA 90017
　　Tel: (213) 262-8000
　　Fax: (213) 235-7776
　　jliang@lianglyllp.com
　　jly@lianglyllp.com

*Attorneys for Defendants Yingtong Sun and Baoxin Huang.*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHAN FUNDS MANAGEMENT AMERICA, INC. and XUEFENG DAI,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONS TECHNOLOGIES INC., NATIONS TECHNOLOGIES (USA) INC., YINGTONG SUN, ZHAOXUE LUO, BAOXIN HUANG, JUNEE YU, and DOES 1-20,<br><br>        Defendants. | Civil Action No. _____ |

## JOINDER TO NOTICE OF REMOVAL

Defendant, Junee Yu ("Mr. Yu"), without waiving any of his defenses or other rights, hereby provides his consent to removal of the civil action styled *Khan Funds Management America, Inc. et al. v. Nations Technologies Inc. et al.*, Index. No. 153098/2022 from the New York State Supreme Court, New York County, to the United States District Court for the Southern District of New York, for the reasons set forth in the *Notice of Removal* submitted by Defendant Nations Technologies Inc. and Nations Technologies (USA) Inc., which is incorporated herein by reference. Mr. Yu submits this joinder for the purpose of consenting to removal only and for no other purpose.

Mr. Yu disputes that he has any liability whatsoever to Plaintiffs. Mr. Yu also expressly reserves his rights and remedies with respect to any position, argument, or objection in this case whatsoever including, but not limited to, any position, argument or objection relating to the sufficiency of process, the sufficiency or propriety of service of process, or personal jurisdiction or subject matter jurisdiction or otherwise.

Dated: June 16, 2022                               Respectfully submitted,

                                                   _____

                                                   Minyao Wang
                                                   REID COLLINS & TSAI LLP
                                                   330 West 58th Street
                                                   Suite 403
                                                   New York, NY 10019
                                                   Telephone: (212) 344-5200
                                                   Facsimile: (212) 344-5299
                                                   mwang@reidcollins.com

                                                   ***Counsel to Defendant Junee Yu***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHAN FUNDS MANAGEMENT AMERICA, INC. and XUEFENG DAI,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONS TECHNOLOGIES INC., NATIONS TECHNOLOGIES (USA) INC., YINGTONG SUN, ZHAOXUE LUO, BAOXIN HUANG, JUNEE YU, and DOES 1-20,<br><br>　　　　　　　　　Defendants. | Civil Action No. _____ |

## JOINDER TO NOTICE OF REMOVAL

Defendant, Zhaoxue Luo ("Mr. Luo"), without waiving any of his defenses or other rights, hereby provides his consent to removal of the civil action styled *Khan Funds Management America, Inc. et al. v. Nations Technologies Inc. et al.*, Index. No. 153098/2022, from the New York State Supreme Court, New York County, to the United States District Court for the Southern District of New York, for the reasons set forth in the *Notice of Removal* submitted by Defendant Nations Technologies Inc. and Nations Technologies (USA) Inc., which is incorporated herein by reference. Mr. Luo submits this joinder for the purpose of consenting to removal only and for no other purpose.

Mr. Luo disputes that he has any liability whatsoever to Plaintiffs. Mr. Luo also expressly reserves his rights and remedies with respect to any position, argument, or objection in this case whatsoever including, but not limited to, any position, argument or objection relating to the sufficiency of process, the sufficiency or propriety of service of process, or personal jurisdiction or subject matter jurisdiction or otherwise.

Dated: June 16, 2022										Respectfully submitted,

_____

Minyao Wang
REID COLLINS & TSAI LLP
330 West 58th Street
Suite 403
New York, NY 10019
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
mwang@reidcollins.com

***Counsel to Defendant Zhaoxue Luo***