# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Akiva Shapiro
Direct: +1 212.351.3830
Fax: +1 212.351.6340
AShapiro@gibsondunn.com

October 10, 2023

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Khan Funds Management America, Inc., et al. v. Nations Technologies Inc. et al.*, No. 1:22-cv-05055-ER (S.D.N.Y.)

Dear Judge Ramos:

We are counsel for Plaintiffs Khan Funds Management America, Inc. and Xuefeng "Eric" Dai ("Plaintiffs"). We are in receipt of the Court's order dated September 19, 2023, granting Optimum Semiconductor Technologies Inc.'s ("OST") Motion to Dismiss (Dkt. 74) and the Court's order dated September 21, 2023, granting Plaintiffs leave to file a further amended complaint to address the Motion to Dismiss decision regarding OST (Dkt. 76), and setting a deadline for that filing of October 23, 2023. We are continuing to evaluate with our clients whether or not to file a further amended complaint. We request that the deadline be extended by 30 days to be able to make an informed decision and prepare the amendment, if our client decides to do so. We therefore respectfully request that the deadline within which Plaintiffs must file their amended complaint (if any) be extended to November 22, 2023.

OST does not oppose this request.

We thank Your Honor for his consideration.

Respectfully submitted,

*/s/ Akiva Shapiro*
Akiva Shapiro

Cc: All Counsel Of Record (via ECF)

**MEMO ENDORSED**

The request to extend the date by which the amended complaint must be filed, until November 22, 2023, is granted. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 11, 2023
New York, New York

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.