UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHAN FUNDS MANAGEMENT AMERICA, INC. and XUEFENG DAI,

                Plaintiffs,

v.

NATIONS TECHNOLOGIES INC., NATIONS TECHNOLOGIES (USA) INC., SHENZHEN QIANHAI NATIONS INVESTMENT MANAGEMENT CO. LTD., ZHAOXUE LUO, YINGTONG SUN, BAOXIN HUANG, JUNJEE YU, YAPING CHEN, HUAXIA GENERAL PROCESSOR TECHNOLOGIES INC., OPTIMUM SEMICONDUCTOR TECHNOLOGIES INC. d/b/a GENERAL PROCESSOR TECHNOLOGIES, KEYI LI, and DOES 1- 20,

                Defendants.

**ORDER**

22-cv-05055 (ER)

RAMOS, D.J.

On October 3, 2023, the plaintiffs moved for reconsideration of the Court's September 19, 2023 opinion and order. Doc. 77. For the reasons stated on the record at the November 3, 2023 conference, plaintiffs' motion for reconsideration is DENIED as moot. The Clerk of the Court is respectfully directed to terminate Doc. 77.

SO ORDERED.

Dated:   November 3, 2023
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.