UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHAN FUNDS MANAGEMENT AMERICA, INC. and XUEFENG DAI,

                Plaintiffs,

v.

NATIONS TECHNOLOGIES INC., NATIONS TECHNOLOGIES (USA) INC., SHENZHEN QIANHAI NATIONS INVESTMENT MANAGEMENT CO. LTD., ZHAOXUE LUO, YINGTONG SUN, BAOXIN HUANG, JUNEE YU, YAPING CHEN, HUAXIA GENERAL PROCESSOR TECHNOLOGIES INC., OPTIMUM SEMICONDUCTOR TECHNOLOGIES INC. d/b/a GENERAL PROCESSOR TECHNOLOGIES, KEYI LI, and DOES 1- 20,

                Defendants.

**ORDER**

22-cv-05055 (ER)

RAMOS, D.J.

On February 24, 2023, Optimum Semiconductor Technologies, Inc. ("Optimum") filed its motion to dismiss Plaintiffs' claims. Doc. 53. On September 19, 2023, the Court granted Optimum's motion to dismiss without prejudice. Doc. 74. On September 21, 2023, Plaintiffs were subsequently granted leave to amend their complaint to cure the defective claims against Optimum by October 23, 2023. Doc. 76. On October 11, 2023, the Court granted Plaintiffs' request to extend the date by which the amended complaint must be filed to November 22, 2023. Doc. 80. Plaintiffs have not filed an amended complaint against Optimum in this action.

      In accordance with its October 11, 2023 order, the Court therefore dismisses the claims as to Optimum with prejudice.  The Clerk of Court is respectfully directed to terminate Optimum Semiconductor Technologies, Inc. from this case.

      SO ORDERED.

Dated:   March 18, 2024
           New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.