UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHAN FUNDS MANAGEMENT AMERICA, INC. *and* XUEFENG DAI,

                Plaintiffs,

– *against* –

NATIONS TECHNOLOGIES INC., NATIONS TECHNOLOGIES (USA) INC., SHENZHEN QIANHAI NATIONS INVESTMENT MANAGEMENT CO. LTD., ZHAOXUE LUO, YINGTONG SUN, BAOXIN HUANG, JUNEE YU, YAPING CHEN, HUAXIA GENERAL PROCESSOR TECHNOLOGIES INC., OPTIMUM SEMICONDUCTOR TECHNOLOGIES INC. *d/b/a* GENERAL PROCESSOR TECHNOLOGIES, KEYI LI, *and* DOES 1–20,

                Defendants.

**ORDER**

22-cv-05055 (ER)

Ramos, D.J.:

    The Court granted the request of Shenzhen Qianhai National Industry Investment Co., Ltd. f/k/a Shenzhen Qianhai Nations Investment Management Co. Ltd. ("Nations Investment") and the Individual Defendants[1] for an extension of time to answer the amended complaint on April 14, 2025.  Doc. 148.  The Court further directed Nations Investment and the Individual Defendants to answer the amended complaint by May 13, 2025.  *Id.*  That same day, Nations Technologies Inc., and Nations Technologies (USA) Inc. filed a letter seeking "clarification" of the Court's "April 14, 2025 minute entry purporting to grant a request to adjourn the deadline to answer the complaint."  Doc.

---

[1] The Individual Defendants are Zhaoxue Luo, Yingtong Sun, Baoxin Huang, and Junee Yu.

149.[2]  While the Clerk of Court indicated that Nations Technologies Inc., and Nations Technologies (USA) Inc.'s answers were also due on May 13, 2025, that was an error.  In the memo endorsed order dated April 14, 2025, the Court directed *only* Nations Investment and the Individual Defendants to answer the amended complaint by May 13, 2025.  *See* Doc. 148.  For the avoidance of doubt, Nations Technologies Inc., and Nations Technologies (USA) Inc. are not required to answer the amended complaint until their motion to dismiss has been resolved.

    It is SO ORDERED.

Dated:   April 15, 2025
         New York, New York

EDGARDO RAMOS, U.S.D.J.

---

[2] There is no April 14, 2025 minute entry.  However, the Court did issue an order on that day.  *See* Doc. 148.