UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

KHAN FUNDS MANAGEMENT
AMERICA, INC. and XUEFENG DAI,

        Plaintiffs,

    -against-

NATIONS TECHNOLOGIES INC.,
NATIONS TECHNOLOGIES (USA) INC.,
SHENZHEN QIANHAI NATIONS
INVESTMENT MANAGEMENT CO.
LTD., ZHAOXUE LUO, YINGTONG SUN,
BAOXIN HUANG, JUNEE YU, YAPING
CHEN, HUAXIA GENERAL PROCESSOR
TECHNOLOGIES INC., OPTIMUM
SEMICONDUCTOR TECHNOLOGIES
INC. d/b/a GENERAL PROCESSOR
TECHNOLOGIES, KEYI LI, and DOES 1-
20,

        Defendants.

-------------------------------------------------------- X

NATIONS TECHNOLOGIES INC.,
SHENZHEN QIANHAI NATIONS
INVESTMENT MANAGEMENT CO.
LTD., and SHENZHEN GUOTAIQIXING
INDUSTRY INVESTMENT FUND
CENTRE (LIMITED PARTNERSHIP),

        Counterclaim-Plaintiffs,

    -against-

KHAN FUNDS MANAGEMENT
AMERICA, INC., XUEFENG DAI,
BEIJING KHAN MEDICAL AND
PHARMACEUTICAL HOLDING CO.,
LTD., and SHENZHEN QIANHAI
GENGHIS KHAN FUND MANAGEMENT
CO., LTD.,

        Counterclaim-Defendants.

-------------------------------------------------------- X

**ELECTRONIC DISCOVERY
AGREEMENT AND ~~[PROPOSED]~~
ORDER**

Case No. 22-cv-05055 (ER)

This Agreement and [Proposed] Order (the "Protocol") will govern how the parties manage electronic discovery in the above-captioned case.[1]

## I.      PRODUCTION OF HARD-COPY DOCUMENTS

Hard-copy documents should be scanned as single-page, Group IV, 300 DPI TIFF images with an .opt image cross-reference file and a delimited database load file (*i.e.*, .dat).  The database load file should contain the following fields: "BEGNO," "ENDNO," "PAGES," "VOLUME," and "CUSTODIAN."  The documents should be logically unitized (*i.e.*, distinct documents shall not be merged into a single record, and single documents shall not be split into multiple records) and should be produced in the order in which they are kept in the usual course of business.  If an original document contains color, and the color is necessary to understand the meaning or content of the document, the parties reserve the right to request that the affected documents be re-produced. Multi-page OCR text for each document should also be provided.  Settings such as "auto-skewing" and "auto-rotation" should be turned on during the OCR process. If the settings on productions of hard-copy documents under this Section render the meaning or content of certain documents difficult or impossible to understand, the parties reserve the right to request that the affected documents be re-produced; to the extent there is a dispute about the necessity of reproduction of any hard-copy documents for quality issues, the parties agree to meet and confer in good faith.

---

[1] The Parties incorporate by reference the provisions of the Confidentiality Stipulation and Protective Order entered by the Court on October 27, 2025 (the "Protective Order," Dkt. No. 216). For the avoidance of doubt, nothing in this Protocol will supersede or alter the Protective Order concerning protection of confidential or otherwise sensitive information that may be entered by the Court in these proceedings.

## II.    PRODUCTION OF ESI

### A.    Format

Except where otherwise noted in this section, the parties will produce ESI in single-page, black and white, TIFF Group IV, 300 DPI TIFF images.

Text messages, WeChat, WhatsApp, Slack, iMessage, Teams, G-Chat, and similar messaging applications ("Short Message Communications"), where applicable, will be produced as TIFF images of the Relativity Short Message Format ("RSMF") with all available metadata and attachments.  Except for messages that contain privileged content, Short Message Communications will be produced as complete communications, separated into 12- or 24-hour increments.  To the extent Short Message Communications cannot be provided in TIFFs of RSMF, the parties shall meet and confer on the appropriate metadata fields and format of production.

The parties are under no obligation to enhance an image beyond how it was kept in the usual course of business.

TIFFs will show any and all text, hidden content, and images that would be visible to the reader using the native software that created the document, subject to redactions and/or withholding of documents permitted by this Protocol and the parties' Protective Order.  For example, TIFFs of email messages will include the BCC line, and documents will display comments and hidden content.  If the image does not accurately reflect the document as it was kept in the usual course of business, including all comments, edits, tracking, etc., the parties agree to meet and confer in good faith on production format options.  If the settings on productions of ESI under this Section render the meaning or content of certain documents difficult or impossible to understand, the parties reserve the right to request that the affected documents be re-produced; to the extent there is a dispute about the necessity of reproduction of any hard-copy documents  for quality issues, the parties agree to meet and confer in good faith.

Spreadsheets, such as Excel files, and PowerPoint documents should be produced in native format along with single-page, 300 DPI TIFF/JPG images which display both the slide and speaker's notes.

Each native file should be named according to the Bates number it has been assigned and should be linked directly to its corresponding record in the load file using the NATIVELINK field. For all Documents produced in native format, a TIFF placeholder indicating that the Document was provided in native format must accompany the database record. The parties retain the right to request that additional documents or classes of documents, not already identified within this protocol, should be produced in native format; to the extent a party believes that a document or class of documents not already identified in this paragraph should be produced in native format, the parties agree to meet and confer in good faith.

### B.    De-Duplication and De-NISTing

Each party shall remove exact duplicate documents based on MD5 hash values, at the family level.  Attachments should not be eliminated as duplicates for purposes of production, unless the parent email and all attachments are also duplicates.  The parties agree that an email that includes content in the BCC or other blind copy field shall not be treated as a duplicate of an email that does not include content in those fields, even if all remaining content in the email is identical.

The parties may use email thread suppression to avoid review and production of information contained within an existing email thread in another document being reviewed and produced, but shall not use email thread suppression to eliminate (a) the ability of a requesting party to identify every custodian who had a copy of a produced document or email, or (b) remove from a production any unique branches and/or attachments contained within an email thread.

De-duplication will be applied within or across custodians or the entire collection (global de-duplication) and the CUSTODIAN-ALL field will list each custodian, separated by a

semicolon, who was a source of that document and the FILEPATH-DUP field will list each file path, separated by a semicolon, that was a source of that document. Should the CUSTODIAN-ALL or FILEPATH-DUP metadata fields produced become outdated due to rolling productions, an overlay file providing all the custodians and file paths for the affected documents will be produced prior to substantial completion of the document production.

ESI may be de-NISTed using the industry standard list of such files maintained in the National Software Reference Library by the National Institute of Standards & Technology as it exists at the time of de-NISTing. Other file types may be added to the list of excluded files by agreement of the parties.

### C.    Metadata

All ESI will be produced with a delimited, database load file that contains the metadata fields listed in Table 1, attached hereto, to the extent already in existence and reasonably accessible or available. The metadata produced should have the correct encoding to enable preservation of the documents' original language. Aside from metadata fields generated during eDiscovery processing and production (*e.g.*, Bates numbers, hash and custodian values, etc.), the producing party is not obligated to produce metadata from a document if the metadata is not already in existence and/or not reasonably accessible or available.

For ESI that does not conform to the metadata listed in Table 1 and is not otherwise addressed in this Protocol, the parties agree to meet and confer as to the appropriate metadata fields to be produced.

### D.    Embedded Objects

Embedded files shall be produced as attachments to the document that contained the embedded file, with the parent/child relationship preserved. The embedded files will be marked

with a "YES" in the load file under the "Is Embedded" metadata field.  The parties agree logos need not be extracted as separate documents as long as they are displayed in the parent document.

### E.    Attachments

The parties agree that if any part of a communication or its attachments is responsive, the entire communication and attachments will be produced, except any family member or part thereof that must be withheld or redacted on the basis of privilege.  The attachments will be produced sequentially after the parent communication.

The Parties will make relevancy and production determinations for hard copy documents at the document level.   The attachments will be produced sequentially after the parent communication.

### F.    Compressed Files Types

Compressed file types (*e.g.*, .ZIP, .RAR, .CAB, .Z) should be decompressed so that the lowest level document or file is extracted.

### G.    Structured Data

To the extent a response to discovery requires production of electronic information stored in a database, the parties agree to meet and confer regarding methods of production.

### H.    Decryption of Production Data

To the extent there is password or other security protection for a document in a production preventing the producing party from viewing or accessing the contents of the document, the producing party shall produce a slip sheet stating "Technical Issue" (or other similar indicator of a technical problem) and provide the metadata required by Table 1, attached hereto, to the extent it can be reasonably extracted from the file in its encrypted form. If a receiving party believes there is a need to remove the password or other security protection from a document, the receiving party can request it based upon a specific showing of need, and if the producing party has the practical

ability to remove the password or other security protection from a document, the parties agree to meet and confer in good faith regarding the request. If the parties cannot resolve their dispute, the objecting party may initiate the Court's process for resolving discovery disputes.

### I.    Encryption of Data in Transit

Productions will be delivered via secure electronic file transfer protocol system. To maximize the security of information in transit, any media on which documents being produced are transmitted may be encrypted by the producing party using commercially reasonable encryption technology (*e.g.*, 7-Zip technology). In such cases, the producing party shall transmit the encryption key or password to the receiving party, under separate cover, contemporaneously with sending the encrypted media.

### J.    Redactions

A party may also redact from any document produced in this action the personal identifying information ("PII") of any person, including but not limited to Social Security numbers, bank account information, and personal health information. To the extent that a receiving party contends that such PII is relevant to the issues presented in this litigation, the parties agree to meet and confer regarding the production of such PII in a minimally invasive manner.

If documents that the parties have agreed to produce in native format need to be redacted, the parties will implement redactions while ensuring that proper formatting and usability are maintained. Spreadsheets requiring redaction will be redacted using native redaction software and produced in native format.

### K.    Privilege Logs

The Parties agree that, for Documents redacted or withheld from production on the basis of attorney-client privilege, work product doctrine and/or any other applicable privilege, the producing Party will provide a log or logs, either by category or line-by-line, that comply with

Federal Rule of Civil Procedure 26 and Local Civil Rule 26.2 and contain the following information:

a. a privilege ID number to identify each log entry or category;

b. the number of Documents being withheld in connection with a log entry;

c. if applicable, in a line-by-line log, a family ID number to identify when different log entries are a part of the same family;

d. a statement sufficient to establish a prima facie case for the claim of privilege or other immunity from disclosure, including an indication of whether it is being withheld on the basis of the attorney-client privilege and/or work product protection;

e. the type of Document(s);

f. the date or date range of the Document(s);

g. for redacted Documents, the Bates Numbers assigned to the Documents;

h. the Document(s)'s authors, recipients, and all persons copied on the Document(s) (including, but not limited to, all persons blind copied) and, if not apparent from their domain name, their employer;

i. the identification of any attorneys and the name of their employer;

Privilege logs shall be provided in searchable formats and shall be exchanged upon mutually agreed dates during discovery.

Documents presumptively not to be logged on a privilege log include: communications exclusively between a party or its representative(s) and its trial counsel for this matter, after the commencement of this litigation on April 7, 2022, and concerning the litigation of this case; and/or work product created by counsel, an agent of counsel, or a party at the direction of counsel, for this matter, after commencement of this litigation on April 7, 2022.

A party may use redactions to protect for privilege, but shall redact no more than is necessary to protect the relevant privileged information.

## M. PROCESSING OF NON-PARTY DOCUMENTS

The Issuing Party is responsible for producing to all other Parties any documents obtained pursuant to a subpoena to any non-Party in the form in which they were produced by the non-Party.

Date: December 12, 2025

/s/__*Akiva Shapiro*___
Akiva Shapiro

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
ashapiro@gibsondunn.com

*Attorney for Khan Funds Management America, Inc. and Xuefeng Dai*

/s/__*Victoria V. Corder*___

NORTON ROSE FULBRIGHT US LLP
Victoria V. Corder
Benjamin D. Bloodstein
1301 Avenue of the Americas
New York, New York 10019
Tel:     (212) 408-5457
Fax:    (212) 318-3400
victoria.corder@nortonrosefulbright.com
benjamin.bloodstein@nortonrosefulbright.com

Brian A. Sun
Christopher Pelham
555 South Flower Street
Forty-First Floor
Los Angeles California 90071
Tel:     (213) 892-9200
brian.sun@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com

Zhener Low
One Embarcadero Center, Suite 1050
San Francisco, CA 94111
Tel:     (628) 231-6832
zhener.low@nortonrosefulbright.com

*Attorneys for Nations Technologies Inc., Nations Technologies (USA) Inc., Shenzhen Qianhai Nations Investment Management Co. Ltd., Shenzhen Guotaiqixing Industry Investment Fund Centre (Limited Partnership),* and *Quotaiqixing Biomedical International (S) Pte. Ltd.*

/s/__*Minyao Wang*_____
Minyao Wang

LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street, Suite 2100
New York, New York 10005
Tel:    (212) 232-1300
minyao.wang@lewisbrisbois.com

Malcolm B. Savage, III
2112 Pennsylvania Avenue NW, Suite 500
Washington, DC 20037
Tel:    (202) 558-0655
malcolm.savage@lewisbrisbois.com

*Attorneys for Zhaoxue Luo and Junee Yu*

/s/_*Jason L. Liang*_____
Jason L. Liang

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
Tel:    (213) 262-8000
jliang@lianglyllp.com

*Attorney for Yingtong Sun and Baoxin Huang*

IT IS SO ORDERED.

Date:    12/16/2025

_____

Hon. Edgardo Ramos
United States District Judge

## TABLE 1: METADATA FIELDS[2]

| Field Name | Example / Format | Description |
|---|---|---|
| **BEGNO / PRODBEG** | ABC0000001 (Unique ID) | The Document ID number associated with the first page of a document. |
| **ENDNO / PRODEND** | ABC0000003 (Unique ID) | The Document ID number associated with the last page of a document. |
| **BEGATTACH** | ABC0000001 (Unique ID Parent-Child Relationships) | The Document ID number associated with the first page of the parent document. |
| **ENDATTACH** | ABC0000008 (Unique ID Parent-Child Relationships) | The Document ID number associated with the last page of the last attachment. |
| **CONFIDENTIALITY DESIGNATION** | Confidential; Highly Confidential | If document assigned confidentiality by Counsel |
| **PGCOUNT** | Numeric | The number of pages in a document (image records) |
| **SENTDATE** | MM/DD/YYYY | The date the email or calendar entry was sent. |
| **SENTTIME** | HH:MM | The time the email or calendar entry was sent. |
| **RECEIVEDDATE** | MM/DD/YYYY | The date the document was received. |
| **RECEIVEDTIME** | HH:MM | The time the document was received. |
| **CREATEDATE** | MM/DD/YYYY | The date the document was created. |
| **CREATETIME** | HH:MM | The time the document was created. |
| **LASTMODDATE** | MM/DD/YYYY | The date the document was last modified. |
| **LASTMODTIME** | HH:MM | The time the document was last modified. |
| **FILE LAST ACCESS DATE** | MM/DD/YYYY | The date the document was last accessed. |
| **FILEPATH** | /JsmithPC/Users/Jsmith/Desktop | The file path from the location in which the document was stored in the usual course of business. This field should be populated for both email and e-files. |
| **FILEPATH-DUP** | /JSmith.pst/Inbox/Network Share/Accounting/… /TJohnsonPC/Users/TJohnson/My Documents/... | The file paths from the locations in which the duplicate documents were stored in the usual course of business. This field should be populated for both email and e-files and separated by semicolons. |
| **FILE SIZE** | Numeric | The file size of a document (including embedded attachments). |
| **AUTHOR** | jsmith | The author or owner of a document from extracted metadata. |
| **FROM** | Joe Smith <jsmith@email.com> | The display name and email address of the author of an email/calendar item. An email address should always be provided. |
| **TO** | Joe Smith <jsmith@email.com>; tjones@email.com | The display name and email address of the recipient(s) of an email/calendar item. An email address should always be provided for every email if a recipient existed. |
| **CC** | Joe Smith <jsmith@email.com>; | The display name and email of the copyee(s) of |

---

[2] Except for Short Message Communications discussed in Section III.A, the parties will meet and confer regarding the appropriate metadata fields to be produced for ESI that does not conform to the metadata fields listed in Table 1, (see Section III.C, *supra*).

| | tjones@email.com | an email/calendar item. An email address should always be provided for every email if a copyee existed. |
|---|---|---|
| BCC | Joe Smith <jsmith@email.com>; tjones@email.com | The display name and email of the blind copyee(s) of an email or calendar item. An email address should always be provided for every email if a blind copyee existed. |
| SUBJECT | | The subject line of the email/calendar item. |
| TITLE | | The extracted document title of a document. |
| CUSTODIAN-ALL | Smith, Joe; Doe, Jane | All of the custodians of a document from which the document originated, separated by semicolons. |
| ATTACH COUNT | Numeric | The number of attachments to a document. |
| ATTACHMENT NAME | Attach1.doc | The original file name of an attached document. |
| FILEEXT | XLS | The file extension of a document. |
| FILENAME | Document Name.xls | The file name of a document. |
| IS EMBEDDED | Yes or No | The yes/no indicator of whether a file is embedded in another document. |
| HASH | | The MD5 Hash value or "de-duplication key" assigned to a document. The same hash method (MD5) should be used throughout production. |
| CONVERSATION INDEX | | ID used to tie together email threads. |
| REDACTED | Yes or Blank | If a document contains a redaction, this field will display 'Yes'. |
| TIMEZONE PROCESSED | PST, CST, EST, GMT, UTC, etc | The time zone the document was processed in. |
| TIMEZONE OFFSET | -6.00, -5.00, +5:30 | Where processing was performed in a consistent time zone (UTC), this field records the offset from UTC in hours and minutes. |
| NATIVELINK | D:\NATIVES\ABC000001.xls | The full path to a native copy of a document. |
| FULLTEXT | D:\TEXT\ABC000001.txt | The path to the full extracted text of the document. There should be a folder on the deliverable, containing a separate text file per document. These text files should be named with their corresponding Bates numbers. **Note**: Emails should include header information: author, recipient, cc, bcc, date, subject, etc. If the attachment or e-file does not extract any text, then OCR for the document should be provided. |