UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHAN FUNDS MANAGEMENT
AMERICA, INC. *and* XUEFENG DAI,

                Plaintiffs,

        – *against* –

NATIONS TECHNOLOGIES, INC.,
NATIONS TECHNOLOGIES (USA)
INC., SHENZHEN QIANHAI NATIONS
INVESTMENT MANAGEMENT CO.
LTD., ZHAOXUE LUO, YINGTONG
SUN, BAOXIN HUANG, JUNEE YU,
YAPING CHEN, HUAXIA GENERAL
PROCESSOR TECHNOLOGIES INC.,
OPTIMUM SEMICONDUCTOR
TECHNOLOGIES INC. D/B/A
GENERAL PROCESSOR
TECHNOLOGIES, KEYI LI, *and* DOES 1-
20,

                Defendants.

NATIONS TECHNOLOGIES INC.,
SHENZHEN QIANHAI NATIONS
INVESTMENT MANAGEMENT CO.
LTD., *and* SHENZHEN
GUOTAIQIXING INDUSTRY
INVESTMENT FUND CENTRE
(LIMITED PARTNERSHIP),

          Counterclaim-Plaintiffs,

        – *against* –

KHAN FUNDS MANAGEMENT
AMERICA, INC., XUEFENG DAI,
BEIJING KHAN MEDICAL AND
PHARMACEUTICAL HOLDING CO.,
LTD., *AND* SHENZHEN QIANHAI
GENGHIS KHAN FUND
MANAGEMENT CO., LTD.,

         Counterclaim-Defendants.

**ORDER**

22-cv-05055 (ER)

24-cv-03142 (ER)

ZHAOXUE LUO,

                Counterclaim-Plaintiff,

         – against –

XUEFENG DAI,

                Counterclaim-Defendant.

---

GUOTAIQIXING BIOMEDICAL INTERNATIONAL (S) PTE LTD.,

                Plaintiff,

         – against –

XUEFENG DAI,

                Defendant.

RAMOS, D.J.:

Xuefeng Dai filed a motion for a temporary restraining order and order to show cause for a preliminary injunction on January 26, 2026. 22 Civ. 5055, Doc. 239, 240. The Court denied the motion for a temporary restraining order and set a briefing schedule on the preliminary injunction on January 28, 2026. 22 Civ. 5055, Doc. 242. A hearing on the preliminary injunction was held at 11:30 a.m. on February 11, 2026.

Dai's motion for a preliminary injunction is DENIED for the reasons set forth on the record. The Clerk of the Court is also respectfully requested to terminate the motions, 24 Civ. 3142, Doc. 49; 22 Civ. 5055, Doc. 236, 251.

It is SO ORDERED.

Dated:    February 11, 2026
        New York, New York

                                  EDGARDO RAMOS, U.S.D.J.

2