UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KHAN FUNDS MANAGEMENT AMERICA,
INC. and XUEFENG DAI,

                                    Plaintiffs,

        v.

NATIONS TECHNOLOGIES INC., NATIONS
TECHNOLOGIES (USA) INC., SHENZHEN
QIANHAI NATIONS INVESTMENT
MANAGEMENT CO. LTD., ZHAOXUE LUO,
YINGTONG SUN, BAOXIN HUANG, JUNEE
YU, YAPING CHEN, HUAXIA GENERAL
PROCESSOR TECHNOLOGIES INC.,
OPTIMUM SEMICONDUCTOR
TECHNOLOGIES INC. d/b/a GENERAL
PROCESSOR TECHNOLOGIES, KEYI LI, and
DOES 1-20,

                                    Defendants.

---

NATIONS TECHNOLOGIES INC., SHENZHEN
QIANHAI NATIONS INVESTMENT
MANAGEMENT CO. LTD., and SHENZHEN
GUOTAIQIXING INDUSTRY INVESTMENT
FUND CENTRE (LIMITED PARTNERSHIP),

                    Counterclaim-Plaintiffs,

        v.

KHAN FUNDS MANAGEMENT AMERICA,
INC., XUEFENG DAI, BEIJING KHAN
PHARMACEUTICAL HOLDINGS CO., LTD.,
and SHENZHEN QIANHAI KHAN FUND
MANAGEMENT CO., LTD.,

                    Counterclaim-Defendants.

**MEMO ENDORSED**

The counterclaim defendants are directed to respond to the motion by April 28, 2026. The counterclaim plaintiffs' reply is due May 5, 2026.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: April 8, 2026
New York, New York

Civil Action No. 22-cv-05055 (ER)

### NOTICE OF COUNTERCLAIM-PLAINTIFFS'
### MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, upon the accompanying the Memorandum of Law in support of the Motion for Reconsideration, and all prior pleadings, filings and orders had herein, Counterclaim-Plaintiffs, Nations Technologies Inc., Shenzhen Qianhai Nations Investment Management Co. Ltd., and Shenzhen Guotaiqixing Industry Investment Fund Centre (Limited Partnership) (collectively, "Counterclaim-Plaintiffs"), will move this Court before the Honorable Edgardo Ramos of the United States District Court for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, New York, for an Order, pursuant to Local Civil Rule 6.3, reconsidering the Court's March 24, 2026 Opinion and Order (ECF No. 273), and granting such other and further relief as the Court deems just and proper.

- 3 -

Dated: April 7, 2026
    New York, New York

NORTON ROSE FULBRIGHT US LLP

By: */s/ Victoria V. Corder*
    Victoria V. Corder

Victoria V. Corder
Benjamin D. Bloodstein
1301 Avenue of the Americas
New York, New York 10019
Tel:    (212) 408-54574
Fax:    (212) 318-3400
victoria.corder@nortonrosefulbright.com
benjamin.bloodstein@nortonrosefulbright.com

Brian A. Sun
Christopher Pelham
555 South Flower Street
Forty-First Floor
Los Angeles California 90071
Tel:    (213) 892-9200
brian.sun@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com

Zhener Low
One Embarcadero Center, Suite 1050
San Francisco, CA 94111
Tel:    (628) 231-6832
zhener.low@nortonrosefulbright.com

*Attorneys for Nations Technologies Inc.,
Shenzhen Qianhai Nations Investment
Management Co. Ltd. f/k/a Shenzhen Qianhai
Nations Investment Management Co. Ltd., and
Shenzhen Guotaiqixing Industry Investment
Fund Centre (Limited Partnership)*

- 3 -